Wayne PARRISH, Appellant,

v.

KENTUCKY MACHINERY, INC.,
Appellee.

Court of Appeals of Kentucky.

Nov. 9, 1973.

Appeal from Franklin Court; Henry Meigs, II, Judge.

Edward F. Prichard, Jr., James C. Hudson, Frankfort, for appellant.

Joseph L. Arnold, Allen, Duncan & Arnold, Lexington, for appellee.

Memorandum Opinion of the Court by Special Commissioner GEORGE F. WILLIAMSON, Affirming.*

George Calvin LEWIS, Appellant,

v.

James Morgan ARNOLD, Appellee.

Court of Appeals of Kentucky.

Nov. 9, 1973.

Appeal from Washington Circuit Court; George O. Bertram, Judge.

R. Patrick Blandford, Lavit & Blandford, Lebanon, for appellant.

Robert M. Spragens, Spragens, Avritt & Spragens, Lebanon, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

Louise Garth KARETH, Appellant,

v.

William Charles KARETH, Appellee.

Court of Appeals of Kentucky.

Nov. 9, 1973.

Appeal from Kenton Circuit Court; Robert O. Lukowsky, Judge.

William E. Wehrman, Wehrman & Wehrman, Covington, for appellant.

Jack Howell, Covington, for appellee.

Memorandum Opinion by Commissioner CATINNA, Affirming.*

COMMONWEALTH of Kentucky DEPARTMENT OF HIGHWAYS, Appellant,

v.

C. K. HORTON et al., Appellees.

Court of Appeals of Kentucky.

Nov. 9, 1973.

Appeal from Carter Circuit Court; W. Major Gardner, Judge.

Jim D. Robinson, Department of Highways, Frankfort, E. V. Holder, Jr., Vanceburg, Lewis D. Jones, Flemingsburg, for appellant.

H. R. Wilhoit, Jr., Wilhoit & Wilhoit, Grayson, H. David Hermansdorfer, Diederich Hermansdorfer & Wilson, Ashland, for appellees.

Memorandum Opinion of the Court by Chief Justice PALMORE, Affirming.*

* Opinion ordered not to be published.